B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kane, Kenneth** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2756** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13920 Green Valley Dr.**<br>**Orland Park, IL**<br>ZIP Code **60467** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kane, Kenneth** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kane, Kenneth** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth Kane**
Signature of Debtor   **Kenneth Kane**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February 10, 2011**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**February 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kenneth Kane**                                                 Case No. _____

                                             Debtor(s)          Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kenneth Kane**
                        **Kenneth Kane**
Date:    **February 10, 2011**

B6D (Official Form 6D) (12/07)

In re    **Kenneth Kane**                                                         ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx6994**<br><br>**Aurora Loan Services**<br>**10350 Park Meadows Dr.**<br>**Lone Tree, CO 80124** | | | - | | Mortgage<br><br>7824 S. Greenwood, Chicago, IL (3 unit) | | | | | |
| | | | | | Value $         **200,000.00** | | | | **462,000.00** | **262,000.00** |
| Account No. **xxxxx6442**<br><br>**BAC Home Loans**<br>**Attn: Bankruptcy Dept.**<br>**450 American St.**<br>**Simi Valley, CA 93065-6285** | | | - | | Mortgage<br><br>7958 S. May, Chicago, IL (3 Unit) | | | | | |
| | | | | | Value $         **195,000.00** | | | | **382,074.89** | **187,074.89** |
| Account No. **xxxxx6637**<br><br>**BAC Home Loans**<br>**Attn: Bankruptcy Dept.**<br>**450 American St.**<br>**Simi Valley, CA 93065-6285** | X | | - | | First Mortgage<br><br>13920 Green Valley Dr., Orland Park, IL 60467 | | | | | |
| | | | | | Value $         **320,000.00** | | | | **44,112.03** | **0.00** |
| Account No. **xxxxxx9115**<br><br>**Chase Home Finance**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290-1871** | | | - | | Mortgage<br><br>7914 S. Greenwood, Chicago, IL (3 Unit) | | | | | |
| | | | | | Value $         **200,000.00** | | | | **407,292.88** | **207,292.88** |

__1__   continuation sheets attached

Subtotal
(Total of this page)

|  | |
|---|---|
| **1,295,479.80** | **656,367.77** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **Kenneth Kane** ,                                     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7328**<br><br>**Honda Financial Services**<br>**c/o Focus Receivables Management**<br>**1130 Northcase Parkway, Suite 150**<br>**Marietta, GA 30067** | | - | **Auto Loan**<br><br>**2009 Honda Civic**<br><br>Value $           **15,000.00** | | | | **11,905.40** | **0.00** |
| Account No. **xxxxxx0543**<br><br>**Select Portfolio Servicing**<br>**P.O. Box 65567**<br>**Salt Lake City, UT 84165** | | - | **First Mortgage**<br><br>**3333 W. Fulton Ave, Chicago, IL (Condo)**<br><br>Value $           **80,000.00** | | | | **183,200.00** | **103,200.00** |
| Account No. **xxxxxx5754**<br><br>**Specialized Loan Servicing, LLC**<br>**8742 Lucent Blvd.**<br>**Suite 300**<br>**Highlands Ranch, CO 80129** | | - | **Second Mortgage**<br><br>**3333 W. Fulton Ave, Chicago, IL (Condo)**<br><br>Value $           **80,000.00** | | | | **22,568.51** | **22,568.51** |
| Account No. **xxx0220**<br><br>**Town Center Bank**<br>**20181 S. LaGrange Rd.**<br>**Frankfort, IL 60423** | X | - | **Second Mortgage**<br><br>**13920 Green Valley Dr., Orland Park, IL 60467**<br><br>Value $          **320,000.00** | | | | **225,649.80** | **0.00** |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **443,323.71** | **125,768.51** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,738,803.51** | **782,136.28** |

B6E (Official Form 6E) (4/10)

In re   **Kenneth Kane**                                    Case No. _____

                            ,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Kenneth Kane**                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx7497** | | | **Connell** | | | | | | |
| **City of Chicago Department of Water PO Box 6330 Chicago, IL 60606** | - | | | | | | 745.88 | 0.00 | 745.88 |
| Account No. **xxxxxx-xx9720** | | | **Water Bill for Gausselin** | | | | | | |
| **City of Chicago Department of Water PO Box 6330 Chicago, IL 60606** | - | | | | | | 558.13 | 0.00 | 558.13 |
| Account No. **xxxxx-x1960** | | | | | | | | | |
| **Village of Orland Park 14700 Ravinia Avenue Orland Park, IL 60462** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,304.01 | 0.00 | 1,304.01 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,304.01 | 0.00 | 1,304.01 |

B6F (Official Form 6F) (12/07)

In re    **Kenneth Kane**
_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W | JC | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx9322<br><br>**ADT Security Services**<br>**PO Box 371490**<br>**Pittsburgh, PA 15250** | | - | | | **Security System** | | | | **84.72** |
| Account No. xxxx-xxxx-xxxx-4185<br><br>**Advanta Credit Card**<br>**PO Box 5657**<br>**Hicksville, NY 11802** | | | | | **Kane & Associates Card** | | | | **8,859.42** |
| Account No. xxxxx44-40<br><br>**AICPA Insurance Trust**<br>**159 E. Country Line Road**<br>**Hatboro, PA 19040-1218** | | - | | | **Disability Benefits** | | | | **504.00** |
| Account No. xxxxx44-90<br><br>**AICPA Insurance Trust**<br>**159 E. Country Line Road**<br>**Hatboro, PA 19040-1218** | | - | | | | | | | **Unknown** |
| __12__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | | | **9,448.14** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:23645-101118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth Kane**
_____ ,     Case No. _____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Allstate Indemnity Company**<br>**2775 Sanders Road F9**<br>**Northbrook, IL 60062** | X | - | | **Great Lake Prop Corp** | | | | 88.21 |
| Account No.<br><br>**Allstate Indemnity Company**<br>**2775 Sanders Road F9**<br>**Northbrook, IL 60062** | | - | | **South Chicago Kane** | | | | 301.25 |
| Account No.<br><br>**Allstate Indemnity Company**<br>**2775 Sanders Road F9**<br>**Northbrook, IL 60062** | | - | | **South Chicago Gausselin** | | | | 116.31 |
| Account No. **xxx xx3 297**<br><br>**Allstate Indemnity Company**<br>**PO Box 3576**<br>**Akron, OH 44309-3576** | | - | | **Landlords Policy** | | | | 763.44 |
| Account No. **xxxx-xxxxxx-x5003**<br><br>**American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329** | | - | | **Kenneth Kane American Express Card** | | | | 4,380.20 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | **5,649.41**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth Kane** ,                          Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx xxx-xxxx 736 5** | | | | **Phone Bill** | | | | |
| **AT&T** **P.O. Box 8100** **Aurora, IL 60507-8100** | | - | | | | | | **19.34** |
| Account No. | | | | **Aurora Loan Services v. Kenneth Kane, et al., 10-CH-43514** | | | | |
| **Aurora Loan Services** **10350 Park Meadows Dr.** **Lone Tree, CO 80124** | | - | | | | | | **Unknown** |
| Account No. | | | | **BAC Home Loans v. Kenneth J. Kane, et al., 10-CH-41974** | | | | |
| **BAC Home Loans** **Attn: Bankruptcy Dept.** **450 American St.** **Simi Valley, CA 93065-6285** | | - | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-8374** | | | | **Kenneth Kane, Individual- MasterCard** | | | | |
| **Bank of America** **Attn: Bankruptcy NC4-104-02-99** **P.O. Box 26012** **Greensboro, NC 27410** | | - | | | | | | **24,542.40** |
| Account No. **xxxxxx - xxxx & xxxxxxates** | | | | **HMO Bill** | | | | |
| **Blue Cross/Blue Shield of Illinois** **300 East Randolph Street** **Chicago, IL 60601** | | - | | | | | | **4,445.36** |

Sheet no. __2___ of __12__ sheets attached to Schedule of          Subtotal          **29,007.10**
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth Kane** _____ ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0074** <br><br> **Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153** | - | | | Kane & Associates Card SWA | | | | 20,284.49 |
| Account No. <br><br> **Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871** | - | | | Chase Home Finance v. Kenneth J. Kane, et al., 10-CH-50644 | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-0705** <br><br> **Chase Visa P.O. Box 15153 Wilmington, DE 19886** | - | | | Kane & Associates Card United | | | | 16,230.42 |
| Account No. **xxxx-xxxx-xxxx-5034** <br><br> **Citi Cards Processing Center Des Moines, IA 50363** | - | | | Kenneth Kane Hilton Visa | | | | 9,024.11 |
| Account No. **xxxx-xxxx-xxxx-6885** <br><br> **Citi Cards Processing Center Des Moines, IA 50363** | - | | | Kenneth Kane AA MasterCard | | | | 36,672.52 |

Sheet no. **3** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **82,211.54**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth Kane**
_____ ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1844**<br><br>**CitiBusiness Card**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117** | | - | | **Apex Development AA MasterCard** | | | | 3,172.93 |
| Account No. **xxxx-xxxx-xxxx-1032**<br><br>**CitiBusiness Card**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117** | | - | | **Kane and Associates AA MasterCard** | | | | 20,493.43 |
| Account No.<br><br>**City of Chicago**<br>**Department of Streets & Sanitation**<br>**121 N. LaSalle St., Room 700**<br>**Chicago, IL 60602** | | - | | **Lien on 841 N. Lawndale, Chicago, IL** | | | | 1,409.75 |
| Account No. **x8893**<br><br>**City of Chicago**<br>**c/o Markoff & Krasny**<br>**29 N. Wacker Dr., #550**<br>**Chicago, IL 60606-2854** | | - | | **Administrative Law Judgment** | | | | 2,838.00 |
| Account No. **xxxxxx8768**<br><br>**City of Chicago**<br>**Department of Streets & Sanitation**<br>**121 N. LaSalle St., Room 700**<br>**Chicago, IL 60602** | | - | | **Administrative Law Judgment** | | | | 1,041.54 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    28,955.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth Kane**                                                    ,      Case No. _____
                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Chicago<br>c/o Mara S. Georges<br>30 N. LaSalle St., 7th Floor<br>Chicago, IL 60602** | X | | **City of Chicago v. Allcom Funding Inc. Judgment (Case No. 10-M1-402441) regarding Property at 7958 S. May, Chicago, IL 60620** | | | | 1,787.28 |
| Account No. **xxxx xx xxx xxx5302**<br><br>**Comcast<br>1711 E. Wilson Street<br>Batavia, IL 60510** | | - | **Cable Bill** | | | | 192.36 |
| Account No. **xxxxxx8004**<br><br>**ComED<br>PO Box 6111<br>Carol Stream, IL 60197** | | - | **Electric Bill** | | | | 179.44 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer Property Tax<br>PO Box 4468<br>Carol Stream, IL 60197** | X | - | **7957 S. Woodlawn, Chicago, IL (3 Unit) (1/3 Interest)** | | | | 6,991.60 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer Property Tax<br>PO Box 4468<br>Carol Stream, IL 60197** | X | - | **841-843 Lawndale, Chicago, IL (Vacant Land) (1/3 Interest)** | | | | 736.36 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,887.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth Kane**                                                          ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xx-xx-xxx-xxx-0000** | - | | | | **7810 S. Greenwood, Chicago, IL (Vacant Land)** | | | | |
| **Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | | | | | | | | | 403.09 |
| Account No. **xx-xx-xxx-xxx-0000** | - | | | | **7808 S. Greenwood, Chicago, IL (3 Unit)** | | | | |
| **Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | | | | | | | | | 3,029.90 |
| Account No. **xx-xx-xxx-xxx-0000** | - | | | | **7824 S. Greenwood, Chicago, IL (3 unit)** | | | | |
| **Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | | | | | | | | | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | - | | | | **7914 S. Greenwood, Chicago, IL (3 Unit)** | | | | |
| **Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | | | | | | | | | 877.90 |
| Account No. **xx-xx-xxx-xxx-0000** | X - | | | | **7919 S. Burnham, Chicago, IL (3 unit) (1/3 Interest)** | | | | |
| **Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | | | | | | | | | 1,419.56 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,730.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth Kane**                                                    ,   Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | X | - | **11716 S. Watkins, Chicago, IL (Vacant Land) (1/3 Interest)** | | | | 192.26 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | X | - | **7744 S. Ridgeland, Chicago, IL (3 Unit) (1/2 Interest)** | | | | 1,277.22 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | X | - | **7953 S. Woodlawn, Chicago, IL (Single Family Residence) (1/3 Interest)** | | | | 1,816.65 |
| Account No.<br><br>**Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | | - | **7858 S. May Street, Chicago, IL  60620 Real Estate Taxes** | | | | Unknown |
| Account No.<br><br>**Cook County Treasurer Property Tax**<br>**PO Box 4468**<br>**Carol Stream, IL 60197** | | - | **3333 Fulton, Chicago, IL Real Estate Taxes** | | | | Unknown |

Sheet no. __7__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          3,286.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth Kane**                                                                ,                  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Parker v. Kane, et al., 10-M1-1208947 | | | | |
| Debra Parker c/o Spinak & Babcock, P.C. 134 N. LaSalle St., Suite 700 Chicago, IL 60602 | | | | | | | | Unknown |
| Account No. | X | | - | Lily Cache Building Development, L.P. (3.8% Interest) | | | | |
| Fifth Third P.O. Box 63900 Cincinnati, OH 45263-0900 | | | | | | | | 2,300,000.00 |
| Account No. xxxxxx8277 | | | - | Water service | | | | |
| Ice Mountain Direct #215 6661 Dixie Highway Suite 4 Louisville, KY 40258 | | | | | | | | 0.00 |
| Account No. | | | - | Keirra Caldwell v. Premium Real Estate Management, Inc., et al. (not yet filed) | | | | |
| Keirra Caldwell c/o Daniel Breen, Esq. 111 W. Washington St., Suite 1030 Chicago, IL 60602 | | | | | | | | Unknown |
| Account No. xxxxxxx0019 | | | - | Medical Center and Physician Bill | | | | |
| Loyola University Medical Center 2160 S. First Ave. Maywood, IL 60153 | | | | | | | | 100.00 |

Sheet no. __8___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,300,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth Kane**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**New City Bank**<br>**900 S. Michigan Ave.**<br>**Chicago, IL 60605** | X | - | **7953 S. Woodlawn, Chicago, IL (Single Family Residence) (1/3 Interest)** | | | | 245,000.00 |
| Account No.<br><br>**New City Bank**<br>**900 S. Michigan Ave.**<br>**Chicago, IL 60605** | X | - | **11716 S. Watkins, Chicago, IL (Vacant Land) (1/3 Interest)** | | | | 26,190.00 |
| Account No.<br><br>**New City Bank**<br>**900 S. Michigan Ave.**<br>**Chicago, IL 60605** | X | - | **7744 S. Ridgeland, Chicago, IL (3 Unit) (1/2 Interest)** | | | | 305,567.00 |
| Account No.<br><br>**New City Bank**<br>**900 S. Michigan Ave.**<br>**Chicago, IL 60605** | X | - | **7919 S. Burnham, Chicago, IL (3 unit) (1/3 Interest)** | | | | 368,000.00 |
| Account No.<br><br>**New City Bank**<br>**900 S. Michigan Ave.**<br>**Chicago, IL 60605** | X | - | **7921 S. Burnham, Chicago, IL (3 Unit) (1/3 Interest)** | | | | 368,000.00 |

Sheet no. **9** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,312,757.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth Kane**                                                   ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-x000 4**<br><br>**Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507** | - | | **Gas Bill** | | | | **40.50** |
| Account No. **x-xxx8291**<br><br>**Orkin**<br>**5336 W. 124th St.**<br>**Alsip, IL 60803-3205** | - | | **Pest Control** | | | | **85.00** |
| Account No. **xxx xxx982 5**<br><br>**State Farm Insurance**<br>**P.O. Box 2329**<br>**Bloomington, IL 61702-2329** | - | | **South Chicago Investments Inc.** | | | | **412.04** |
| Account No. **xxxx-xx13-01**<br><br>**State Farm Insurance**<br>**P.O. Box 2329**<br>**Bloomington, IL 61702-2329** | - | | **Auto Insurance** | | | | **125.10** |
| Account No. **xx2753**<br><br>**Sun-Times Media**<br>**350 N. Orleans St.**<br>**Chicago, IL 60654** | - | | **Newspaper Subsrciption** | | | | **78.00** |

Sheet no. **_10_** of **_12_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **740.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth Kane**                                              ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7500** | | | 7808 S. Greenwood, Chicago, IL (3 Unit) | | | | |
| Town Center Bank 20181 S. LaGrange Rd. Frankfort, IL 60423 | | - | | | | | 339,110.52 |
| Account No. **xxxxx2000** | | | 7810 S. Greenwood, Chicago, IL (Vacant Land) | | | | |
| Town Center Bank 20181 S. LaGrange Rd. Frankfort, IL 60423 | | - | | | | | 24,375.00 |
| Account No. **xxxxx5000** | X | - | 7957 S. Woodlawn, Chicago, IL (3 Unit) (1/3 Interest) | | | | |
| Town Center Bank 20181 S. LaGrange Rd. Frankfort, IL 60423 | | | | | | | 339,142.00 |
| Account No. **xxxxx1800** | X | - | 841-843 Lawndale, Chicago, IL (Vacant Land) (1/3 Interest) | | | | |
| Town Center Bank 20181 S. LaGrange Rd. Frankfort, IL 60423 | | | | | | | 165,000.00 |
| Account No. | | - | | | | | |
| United Plumbing, Inc. 18839 S. Wolf Rd. Unit 30 Front Mokena, IL 60448 | | | | | | | 24,219.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**891,846.52**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth Kane**_____,   Case No. _____

                                                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**US Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | - | | | **Lily Cache Building Development, L.P. (3.8% Interest)** | | | | **500,000.00** |
| Account No. **xxx-xxxxxxx-x009-3** <br><br>**Waste Management**<br>**Attn Billing Dept.**<br>**1411 Opus Place, Suite 400**<br>**Downers Grove, IL 60515** | - | | | **Garbage Removal** | | | | **36.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **500,036.00** |
| Total (Report on Summary of Schedules) | | **5,179,655.62** |

ADT Security Services
PO Box 371490
Pittsburgh, PA 15250


Advanta Credit Card
PO Box 5657
Hicksville, NY 11802


AICPA Insurance Trust
159 E. Country Line Road
Hatboro, PA 19040-1218


Allcom Funding, Inc.
c/o Kenneth Kane
13920 Green Valley Drive
Orland Park, IL 60467


Alliance One
4850 Street Rd., Suite 300
Feasterville Trevose, PA 19053


Allstate Indemnity Company
2775 Sanders Road F9
Northbrook, IL 60062


Allstate Indemnity Company
PO Box 3576
Akron, OH 44309-3576


American Express
P.O. Box 297879
Fort Lauderdale, FL 33329


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046-9046


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Aurora Loan Services
10350 Park Meadows Dr.
Lone Tree, CO 80124

BAC Home Loans
Attn: Bankruptcy Dept.
450 American St.
Simi Valley, CA 93065-6285


Bank of America
Attn: Bankruptcy NC4-104-02-99
P.O. Box 26012
Greensboro, NC 27410


Blue Cross/Blue Shield of Illinois
300 East Randolph Street
Chicago, IL 60601


Brenda Kane
13920 Green Valley Drive
Orland Park, IL 60467


Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871


Chase Visa
P.O. Box 15153
Wilmington, DE 19886


Citi Cards
Processing Center
Des Moines, IA 50363


CitiBusiness Card
PO Box 6235
Sioux Falls, SD 57117


City of Chicago
Department of Streets & Sanitation
121 N. LaSalle St., Room 700
Chicago, IL 60602

City of Chicago
Department of Water
PO Box 6330
Chicago, IL 60606


City of Chicago
c/o Markoff & Krasny
29 N. Wacker Dr., #550
Chicago, IL 60606-2854


City of Chicago
c/o Mara S. Georges
30 N. LaSalle St., 7th Floor
Chicago, IL 60602


Codilis & Associates, P.C.
15W030 N. Frontage Rd., Suite 100
Burr Ridge, IL 60527


Comcast
1711 E. Wilson Street
Batavia, IL 60510


ComED
PO Box 6111
Carol Stream, IL 60197


Cook County Treasurer Property Tax
PO Box 4468
Carol Stream, IL 60197


Credit Collection Services
2 Wells Ave.
Newton Center, MA 02459


CST Co.
CST BLDG
P.O. Box 33127
Louisville, KY 40232-3127


Dale Gordy
Allstate
11041 Front Street
Mokena, IL 60448

Debra Parker
c/o Spinak & Babcock, P.C.
134 N. LaSalle St., Suite 700
Chicago, IL 60602


Edwin Gausselin
12513 South Natchez
Palos Heights, Illinois
Palos Heights, IL 60463


Fifth Third
P.O. Box 63900
Cincinnati, OH 45263-0900


Great Lakes Property Development


Honda Financial Services
c/o Focus Receivables Management
1130 Northcase Parkway, Suite 150
Marietta, GA 30067


Ice Mountain Direct
#215 6661 Dixie Highway
Suite 4
Louisville, KY 40258


James V. Savino
Lockport, IL


Keirra Caldwell
c/o Daniel Breen, Esq.
111 W. Washington St., Suite 1030
Chicago, IL 60602


Loyola University Medical Center
2160 S. First Ave.
Maywood, IL 60153


NCO Financial Services
507 Prudential Rd.
Horsham, PA 19044

New City Bank
900 S. Michigan Ave.
Chicago, IL 60605


Nicor Gas
P.O. Box 2020
Aurora, IL 60507


Orkin
5336 W. 124th St.
Alsip, IL 60803-3205


Pierce and Associates
1 N Dearborn, Suite 1300
Chicago, IL 60602


Select Portfolio Servicing
P.O. Box 65567
Salt Lake City, UT 84165


Specialized Loan Servicing, LLC
8742 Lucent Blvd.
Suite 300
Highlands Ranch, CO 80129


State Farm Insurance
P.O. Box 2329
Bloomington, IL 61702-2329


Sun-Times Media
350 N. Orleans St.
Chicago, IL 60654


Talan & Ktsanes
300 W. Adams St.
Suite 840
Chicago, IL 60606


Town Center Bank
20181 S. LaGrange Rd.
Frankfort, IL 60423

United Plumbing, Inc.
18839 S. Wolf Rd.
Unit 30 Front
Mokena, IL 60448


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Village of Orland Park
14700 Ravinia Avenue
Orland Park, IL 60462


Waste Management
Attn Billing Dept.
1411 Opus Place, Suite 400
Downers Grove, IL 60515